1    **SARA M. PELOQUIN**
     California State Bar No. 254945
2    **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
     225 Broadway, Suite 900
3    San Diego, California 92101-5008
     Telephone: (619) 234-8467
4    Sara_Peloquin@fd.org

5    Attorneys for Mr. Barboza

6

7

8                          UNITED STATES DISTRICT COURT

9                     FOR THE SOUTHERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,        )    Case No. 08MJ1303
                                      )
12              Plaintiff,            )
                                      )
13   v.                               )
                                      )    **NOTICE OF APPEARANCE**
14   **FRANCISCO JAVIER BARBOZA,**    )
                                      )
15              Defendant.            )
                                      )
16   _____ )

17              Pursuant to implementation of the CM/EMF procedures in the Southern District of California,

18   Sara M. Peloquin, Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead attorney in

19   the above-captioned case.

20                                         Respectfully submitted,

21
     Dated: May 1, 2008                    */s/  Sara Peloquin*
22                                         **SARA M. PELOQUIN**
                                           Federal Defenders of San Diego, Inc.
23                                         Attorneys for Mr. Barboza

24

25

26

27

28

1

## CERTIFICATE OF SERVICE

2          Counsel for Defendant certifies that the foregoing is true and accurate to the best information

3   and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

4          Courtesy Copy to Chambers

5          Copy to Assistant U.S. Attorney via ECF NEF

6

7   Dated:  May 1, 2008                          /s/  Sara Peloquin
                                                 **SARA M. PELOQUIN**
8                                                Federal Defenders of San Diego, Inc.
                                                 225 Broadway, Suite 900
9                                                San Diego, CA  92101-5030
                                                 (619) 234-8467  (tel)
10                                               (619) 687-2666  (fax)
                                                 Sara_Peloquin@fd.org
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28