

```
                    UNITED STATES DISTRICT COURT

                   SOUTHERN DISTRICT OF CALIFORNIA
```

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Criminal Case No. 08CR1649-JAH |
| Plaintiff, | ) <br> ) I N F O R M A T I O N |
| v. | ) <br> ) Title 8, U.S.C., Sec. 1325 - <br> ) Illegal Entry (Misdemeanor); |
| FRANCISCO JAVIER BARBOZA, | ) Title 8, U.S.C., Sec. 1325 - <br> ) Illegal Entry (Felony) |
| Defendant. | ) |

The United States Attorney charges:

Count 1

On or about April 17, 2008, within the Southern District of California, defendant FRANCISCO JAVIER BARBOZA, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact; in violation of Title 8, United States Code, Section 1325, a misdemeanor.

//

//

5/21/08

<u>Count 2</u>

On or about April 26, 2008, within the Southern District of California, defendant FRANCISCO JAVIER BARBOZA, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact and previously committed the offense of illegal entry, as alleged in Count 1; all in violation of Title 8, United States Code, Section 1325, a felony.

DATED: May 22, 2008.

KAREN P. HEWITT
United States Attorney

*/s/ Charlotte E. Kaiser for*

CARLA J. BRESSLER
Assistant U.S. Attorney