AO 455 (Rev. 12/03) Waiver of Indictment

# UNITED STATES DISTRICT COURT

__SOUTHERN__ DISTRICT OF __CALIFORNIA__

UNITED STATES OF AMERICA
V.

**WAIVER OF INDICTMENT**

FILED
MAY 2 2 2008
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
DEPUTY

Francisco Javier Barboza

CASE NUMBER: 08CR1649-JAH

I, __Francisco Javier Barboza__, the above named defendant, who is accused of

   8 U.S.C. § 1325 - Misdemeanor
   8 U.S.C. § 1325 - Felony

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __May 22, 2008__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
         Judge

K:\COMMON\CSA\forms\2005\Waiver_indi.wpd